UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br> -against-<br><br>JEREMY KOSKI,<br><br>       Defendant. | 23 Civ. 07779 |

## NOTICE OF APPEARANCE

To the Clerk of the Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for plaintiff Securities and Exchange Commission.

Dated: September 1, 2023

             /s/   Christopher M. Colorado
            Christopher M. Colorado
            SECURITIES AND EXCHANGE COMMISSION
            100 Pearl Street, Suite 20-100
            New York, NY  10004-2616
            Tel: (212) 336-9143
            ColoradoCh@sec.gov

            *Attorneys for Plaintiff*