UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br> -against-<br><br>JEREMY KOSKI,<br><br>       Defendant. | 23 Civ. 07779 |

## NOTICE OF APPEARANCE

To the Clerk of the Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for plaintiff Securities and Exchange Commission.

Dated: September 5, 2023

*[signature]*

Mariel Bronen (NY 5088638)
SECURITIES AND EXCHANGE COMMISSION
100 Pearl Street, Suite 20-100
New York, NY  10004-2616
Tel: (212) 336-0488
BronenM@sec.gov

*Attorneys for Plaintiff*