

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

October 27, 2023

<u>**VIA ECF**</u>
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

   Re: <u>***SEC v. Jeremy Koski***, **23-cv-07779-MKV (S.D.N.Y.)**</u>

Dear Judge Vyskocil:

  Plaintiff Securities and Exchange Commission ("SEC") respectfully writes to provide a status update and to convey a request by defendant Jeremy Koski ("Koski"), who is currently proceeding *pro se*, to extend the date by which he must respond to the SEC's Complaint. The SEC consents to an extension of that date to December 14, 2023.

  The SEC filed this action on September 1, 2023, alleging securities law violations by Koski. (ECF Dkt. No. 1.) On September 6, the SEC sent Koski a request to waive personal service of the Summons and Complaint, which Koski did not execute. (ECF Dkt. No. 7.) On September 28, the SEC caused Koski to be personally served with the Summons and Complaint and, accordingly, his response to the Complaint was due on October 19. (ECF Dkt. No. 8.) Koski has not yet filed any response.

  On October 20 and October 26, SEC counsel spoke with Koski by telephone. During those calls, Koski informed SEC counsel that he has received the Summons and Complaint, that he is currently proceeding *pro se*, that he is working with the New York Legal Assistance Group, and that he intends to file a response to the Complaint. Koski also informed SEC counsel that he wishes to extend the deadline for his filing of his response. SEC counsel agreed with Koski to inform the Court of his request and consented to extend the date by which that response is due until December 14, 2023. By this letter, SEC counsel respectfully conveys Koski's request and its consent to that request.[1]

            Respectfully submitted,

            /s/  Christopher M. Colorado
            Christopher M. Colorado
            Mariel Bronen

            *Attorneys for Plaintiff*

---

[1] This is Koski's first request for an extension of time.

Hon. Mary Kay Vyskocil  Page 2
October 27, 2023

cc: Jeremy Koski (via e-mail)

Case 1:24-cv-00105-MWJS-RT   Document 9   Filed 10/27/23   Page 2 of 2   PageID.23