UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMISSION
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

JEREMY KOSKI
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

23 Civ. 7779 (___) (___)

**ANSWER**

# I
## ADMISSIONS AND DENIALS

*In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary.*

1. I DENY ALL ALLEGATIONS

2. SEE EXHIBIT MARKED "A"

3. 

4. 

5. 

6. 

7. 

8. 

9. 

10. 

*Rev. 05/2007*

1

## II
## DEFENSES

*In this section, state any legal theories that, even assuming that what plaintiff has alleged in the complaint is true, do not permit the plaintiff to win the case. Attach additional sheets of paper as necessary.*

FIRST DEFENSE: _____

SECOND DEFENSE: _____

THIRD DEFENSE: _____

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

*[If you have any counterclaim against the plaintiff that arises out of the same events or transactions stated in the complaint, and/or any crossclaims against the other defendants that arise out of the same events or transactions stated in this complaint, and/or any third-party claims you have against third-parties (that is, someone not already named in the lawsuit) that arise out of the same events or transactions stated in the complaint, you should attach additional sheets of paper to set forth the facts and bases for any such claims. See the Pro Se Manual for a further explanation.]*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 14 day of December, 2023.

Signature of Defendant _____

Address   702 PUUHALE ROAD

HONOLULU, HI 96819

Telephone Number   808-203-0682

Fax Number (if you have one) _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMISSION
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

JEREMY KOSKI
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

23 Civ. 7779 ( ) ( )

**NOTICE OF APPEARANCE**

Please take notice that I, JEREMY KOSKI, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: HONOLULU, HI
*(town/city)* *(state)*

DECEMBER 14, 2023

_____
*Signature of Defendant*

702 PUUHALE ROAD
*Address*

HONOLULU, HI 96819
*City, State & Zip Code*

808-203-0682
*Telephone Number*

_____
*Fax Number (if you have one)*

*Rev. 05/2007*

3

**"EXHIBIT A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JEREMY KOSKI,

Defendant, Pro Se

Case No. 23-cv-7779

I, Jeremy Koski, appearing pro se, hereby respectfully inform this Honorable Court of my severe psychiatric and mental health conditions. I suffer from Bipolar I Disorder, PTSD, Personality Disorder, Mood Disorder and other psychological disorders. I am also on Social Security Disability who have extensively reviewed my medical records and confirmed these disorders. These conditions significantly impair my ability to form intent or act with scienter. My medical history regarding mental health disorders spans over a decade and provides extensive documentation of these persistent and debilitating mental health issues that should be considered in this case. The allegations brought forth by the Plaintiff Securities and Exchange Commission necessitate proof that I acted with scienter or intent to deceive under Section 17(a) of the Securities Act of 1933 and Section 10(b) of the Securities Exchange Act of 1934.

The Plaintiff Securities and Exchange Commission ("Commission") alleges that I engaged in fraudulent schemes involving false statements about securities redemption and conversion into cryptocurrency. The allegations necessitate proof that I acted with scienter or intent to deceive under Section 17(a) of the Securities Act of 1933 and Section 10(b) of the Securities Exchange Act of 1934.

As I have an extensive and well-documented mental health history and its potential relevance to allegations requiring proof of scienter, I believe it could be beneficial for me to undergo a clinical psychological evaluation. Should the Plaintiff or Court determine there is good cause for such an assessment under Rule 35(a), I am willing to participate with respect to assessing my capacity during the period of alleged violations before proceeding further.

Jeremy Koski
12/14/2023
Defendant, Pro Se

