USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

  -against-

JEREMY KOSKI,

      Defendant.

---

1:23-cv-7779-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

A further remote Initial Pretrial Conference is scheduled in this matter for February 27, 2024 at 4:00 PM EST.  [*See* ECF No. 16].  The Conference will be held via Microsoft Teams.  The parties are DIRECTED to dial (646) 453-4442 and use Conference ID 349 519 653#.

Plaintiff is DIRECTED to advise the *pro se* Defendant of the Conference by e-mail and to attach a copy of this Order to such correspondence.  The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant at the address of record.

**SO ORDERED.**

**Date: February 5, 2024**
**New York, NY**

                */s/ Mary Kay Vyskocil*
                **MARY KAY VYSKOCIL**
                **United States District Judge**