UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                          Plaintiff,<br><br>    -against-<br><br>JEREMY KOSKI,<br><br>                                          Defendant. | 1:23-cv-7779-MKV<br><br>**[PROPOSED] ORDER** |

      WHEREAS Plaintiff Securities and Exchange Commission filed a Complaint on September 1, 2023 [*see* ECF No. 1] and Defendant Jeremy Koski, who is proceeding *pro se*, filed an Answer on December 19, 2023 [*see* ECF No. 11];

      WHEREAS on February 2, 2024, during an initial pretrial conference, the Court raised *sua sponte* the issue of *forum non conveniens* and directed the parties to "submit letter briefs . . . addressing whether the Court should transfer this case under the doctrine of *forum non conveniens* and pursuant to 28 U.S.C. § 1404(a)" [*see* ECF No. 19];

      WHEREAS the parties have each consented to the Court's transfer of this case to the United States District Court for the District of Hawaii:

      IT IS ORDERED, ADJUDGED, AND DECREED that this civil action is transferred to the District of Hawaii pursuant to 28 U.S.C. § 1404(a).

      The Clerk is requested to take all necessary steps to effectuate the transfer and to close this case on the docket of the Southern District of New York.

Dated: _____, 2024
         New York, New York

                                                                                _____
                                                                                Hon. Mary Kay Vyskocil
                                                                                 United States District Judge