USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  -against-<br><br>JEREMY KOSKI,<br><br>       Defendant. | 1:23-cv-7779-MKV<br><br>**ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

In light of the pending transfer of this case to the District of Hawaii [ECF No. 22], the remote Initial Pretrial Conference scheduled for February 27, 2024 at 4:00 PM [ECF No. 19] is ADJOURNED *sine die*.

Plaintiff is DIRECTED to serve a copy of this Order upon Defendant by e-mail.

**SO ORDERED.**

Date: **February 26, 2024**
   **New York, NY**

                 */s/ Mary Kay Vyskocil*
                 **MARY KAY VYSKOCIL**
                 **United States District Judge**