# UNITED STATES POSTAL SERVICE

KAPAAU
54-396 UNION MILL RD
KAPAAU, HI 96755-9997
(800)275-8777

04/18/2024                               03:57 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Envelope 6X9 | 1 | $0.59 | $0.59 |
| First-Class Mail® Letter | 1 | | $0.68 |

    Honolulu, HI 96850
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
      Mon 04/22/2024
    Certified Mail®                  $4.40
      Tracking #:
      70220410000006835860

Total                                       $5.08

Grand Total:                                $5.67

Cash                                       $20.00
Change                                    -$14.33

The timeliness of service to or from
destinations outside the contiguous US may
be affected by the limited availability of
transportation.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

or call 1-800-410-7420.

UFN: 143620-0970
Receipt #: 840-59670043-1-6285372-1
Clerk: 4