IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JEREMY KOSKI,<br><br>　　　　　Defendant. | Civil No. 24-00105 MWJS-RT<br><br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY APPLICATION TO PROCEED WITHOUT PREPAYING FEES, AS MODIFIED |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY APPLICATION TO
PROCEED WITHOUT PREPAYING FEES, AS MODIFIED**

Findings and Recommendation having been filed on April 2, 2024, and served on all parties, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Deny Plaintiff's Application to Proceed Without Prepaying Fees, ECF No. 36, are adopted as the opinion and order of this Court with the following modification:

In the title of the findings and recommendation, replace "Plaintiff's" with "Defendant's."

//

//

IT IS SO ORDERED.

DATED:     Honolulu, Hawai'i, April 23, 2024.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

Civil No. 24-00105 MWJS-RT, *Securities and Exchange Commission v. Koski*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY APPLICATION TO PROCEED WITHOUT PREPAYING FEES, AS MODIFIED

2