# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-CV-00105-MWJS-RT |
| CASE NAME: | Securities and Exchange Commission vs. Jeremy Koski |
| ATTY FOR PLA: | Christopher Mario Colorado<br>Mariel Bronen |
| ATTY FOR DEFT: | Jeremy Koski *(pro se)* |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM |
| DATE: | 05/06/2024 | TIME: | 9:00 AM-9:22 AM |

COURT ACTION: EP:    STATUS CONFERENCE held on 5/6/2024.

Discussion had.

Mr. Colorado reports he has received incomplete Initial Disclosures from Defendant. Defendant concurs. Court sets a deadline of **5/13/2024** for Defendant to supplement his Initial Disclosures.

Parties have conferred regarding possible settlement discussions. The Court addressed Defendant's [ECF [24]] *Application for the Court to Request Pro Bono Counsel* ("Application"). Discussion had about possibly limiting the scope of representation to assisting with settlement discussions only.

Defendant requests leave to supplement the *Application*. Court GRANTS request. Defendant to file a supplement by **12:00 p.m. on 5/10/2024**. Court to issue a ruling thereafter.

Defendant advised he remains personally responsible for meeting all obligations in this case, unless and until he secures counsel, pro bono or otherwise.

By agreement of the parties, the Court sets a trial date in this matter. Trial date given. A Rule 16 Scheduling Order to issue.

To gauge settlement prospects, Court sets **Telephone Conference** for **July 10, 2024 at 9:00 AM** before Magistrate Judge Trader. No submissions required. Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below.

Dial in number:  1-833-568-8864 (toll-free).
Meeting ID:     161 5641 6035.

| Trial Date:[1] | Date |
|---|---|
| 1)  Jury Selection/Jury Trial to follow before Judge Smith | 08/04/2025 9:00 AM **Location:** Aha Kaulike |
| **Amending Pleadings:** | |
| 2) Deadline to file motions for leave to join additional parties or to amend pleadings | 10/08/2024 |
| **Expert Witnesses:** | |
| Under Rule 26(a)(2), each party shall disclose the identity and written disclosures of any person who may present expert evidence: | |
| -  3a) Plaintiff(s) shall comply by: | 11/25/2024 |
| -  3b) Defendant(s) shall comply by: | 01/24/2025 |
| **Discovery:** | |
| 5a) Discovery deadline[2] | 03/07/2025 |
| 5b) All discovery motions and letter briefs shall be filed by | 02/05/2025 |
| **Motions:** | |
| 6) Dispositive motions shall be filed by | 03/07/2025 |
| 7) All other non-dispositive motions including any motion requiring an evidentiary hearing (including Daubert motions) shall be filed by. This deadline does not include motions in limine or discovery motions. | 05/06/2025 |
| 8a) Motions in Limine shall be filed by | 07/07/2025 |
| 8b) Opposition Memo to a Motion in Limine shall be filed by | 07/14/2025 |
| **Settlement:**[3] | |
| 9) The Settlement Conference before Magistrate Judge Trader | 04/11/2025 11:00 AM **Location:** Telephonic Hearing |
| 10) Confidential Settlement Conference Statements[4] submitted in pdf to Magistrate Judge Trader's Orders inbox by | 04/04/2025 |

| **Trial and Final Pretrial:** | |
|---|---|
| 12) Final Pretrial Conference before Magistrate Judge Trader | 06/24/2025 9:00 AM<br>**Location:** Telephonic Hearing |
| 13) Pretrial Statements[5] shall be filed by | 06/17/2025 |
| Other trial-related deadlines:[6] | |
| - 14) Exhibit list and demonstrative aids | 07/07/2025 |
| - 15) Final witness list | 07/14/2025 |
| - 18) Stipulations re: authenticity/admissibility of proposed exhibits | 07/14/2025 |
| - 19a) Deposition excerpt designations | 07/14/2025 |
| - 19b) Depositions counter-designations and objections | 07/21/2025 |
| - 20) Trial Brief | 07/21/2025 |
| - 21) Objections to the admissibility of exhibits | 07/21/2025 |
| - 22a) An original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court by | 07/28/2025 |
| - 22b) Thumb drive of all exhibits to be submitted to the court by | 07/28/2025 |
| - 27) Voir dire questions, special verdict form, Concise statement of the case, and Jury Instructions | 07/21/2025 |
| 28) Final Pretrial Conference before Trial Judge Smith | 07/21/2025 10:00 AM<br>**Location:** Aha Kaulike |

**<u>Other Matters</u>**

Court sets Telephone Conference for July 10, 2024 at 9:00 AM before Magistrate Judge Trader.  No submissions required.  Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference.  Call-in instructions are below.

Dial in number:  1-833-568-8864 (toll-free).

Meeting ID:      161 5641 6035.

*Submitted by: Jocelyn A. Orosz, Courtroom Manager*

**Information Sheet:**

[1] All counsel and self-represented litigants shall proceed with diligence to take all steps necessary to bring an action to readiness for trial. When it appears that counsel or a self-represented party is not prosecuting the case with such diligence, the court may impose sanctions, including dismissal of the case after notice and an opportunity to be heard. See L.R. 16.1. The parties must file a motion or joint stipulation to continue trial or other related deadlines. Even if by stipulation or an unopposed motion, the parties must provide sufficient information for the court to find "good cause" for "modifying a schedule." Fed. R. Civ. Pro. 16(b)(4).

[2] Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure 26 through and including Rule 37 must be completed by the discovery deadline, including all responses to discovery requests.

[3] If a consent case settles, parties shall notify chambers as soon as possible. Before the court will vacate all dates and deadlines, counsel and parties proceeding pro se should be prepared to place the material terms of the settlement on the record, by telephone or in person, or submit a settlement agreement or joint letter that sets forth the material terms. An attorney who fails to give the court prompt notice of settlement may be subject to such discipline as the court deems appropriate.

[4] The parties are directed to Local Rule 16.5(b) for requirements of the Confidential Settlement Conference Statement. The parties shall exchange written offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

[5] The parties are directed to Local Rule 16.4(b) for required contents of the pretrial statements.

[6] Trial-related deadlines will likely differ depending on the trial judge but will include deadlines related to: motions in limine and responses; exchange of witness and exhibit lists; trial briefs, jury instructions, voir dire, deposition designations, the verdict form, and, in a non-jury case, the findings of fact and conclusions of law.