CHRISTOPHER M. COLORADO (N.Y. Bar No. 4536298)
Email:  ColoradoCh@sec.gov
MARIEL BRONEN (N.Y. Bar No. 5088638)
Email:  BronenM@sec.gov

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004-2616
Telephone:  (212) 336-9143 (Colorado)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>       -against-<br><br>JEREMY KOSKI,<br><br>            Defendant. | Case No. 1:24-cv-00105-MWJS-RT<br><br>**PLAINTIFF'S UNOPPOSED REQUEST FOR SPECIAL ARRANGEMENTS FOR THE JULY 23, 2024 SETTLEMENT CONFERENCE** |

Plaintiff United States Securities and Exchange Commission ("SEC") hereby respectfully requests that this Court permit special arrangements for the Settlement Conference scheduled for July 23, 2024 (ECF No. 52), pursuant to Local Rule 16.5(b)(2).  Because the SEC is a government agency and there is no one person at the SEC with settlement authority and only the SEC's five-member Commission can approve a settlement, the SEC respectfully requests "special

arrangements [for a] case[] in which settlement authority rests with a governing body," as contemplated by Local Rule 16.5(b)(2).

Specifically, and as explained in greater detail in the accompanying memorandum, the SEC requests that the Court permit (i) Commission staff Christopher Colorado, Senior Trial Counsel, and Mariel Bronen, Enforcement Counsel, to represent the SEC at the settlement conference without settlement authority but with authorization to offer settlement terms the SEC staff is prepared to recommend to the SEC's Commissioners; and (ii) two supervisors in the SEC's New York Regional Office ("NYRO") who are supervising this matter, George Stepaniuk, an Assistant Regional Director, and Tejal Shah, an Associate Regional Director and a senior SEC officer, to be available by phone to assist in the settlement negotiations.

Plaintiff conferred with counsel for Defendant Jeremy Koski by e-mail on July 18, 2024, and Koski states that he does not oppose this request.

Dated:   July 19, 2024
         New York, NY

                                          Respectfully submitted,

                                           /s/ Christopher M. Colorado
                                          Christopher M. Colorado
                                          Mariel Bronen
                                          Attorneys for Plaintiff
                                          Securities and Exchange Commission